| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Greenaway, Joseph A. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Third Circuit | 3. Date of Report<br><br>8/5/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ✔ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>U.S. P.O. & Federal Courthouse<br>Federal Square and Walnut St.<br>Newark, NJ 07101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | ▆▆▆▆▆▆▆▆▆▆ |
| 3. | Trustee | ▆▆▆▆▆ |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. | 95-96 | Johnson & Johnson Pension Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | ▮▮▮▮▮ - teaching | $17,475.00 |
| 2. 2019 | ▮▮▮▮▮ - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▮▮▮▮▮ |
| 2. 2019 | self employed ▮▮▮▮ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Tulane Law School | January 28-29, 2019 | New Orleans, LA | Judge moot court competitino | transportation, lodging, meals |
| 2. ▮▮▮▮▮ | February 28-March 2, 2019 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 3. Birmingham City University | March 20-22, 2019 | Birmingham, UK | Speak at law school | transportation, lodging, meals |
| 4. ▮▮▮▮▮ | June 6-8, 2019 | New York, NY | Attend Board of Trustees meeting | transportation, meals |
| 5. ▮▮▮▮▮ | September 26-27, 2019 | ▮▮▮▮▮ | Teach course | transportation, lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Greenaway, Joseph A.** | 8/5/2020 |

| | | | | |
|---|---|---|---|---|
| 6. | ░░░░░░ | October 3-6, 2019 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |
| 7. | ░░░░░░ | October 10-11, 2019 | ░░░░░░ | Teach course | transportation, lodging |
| 8. | ░░░░░░ | October 31- November 1, 2019 | ░░░░░░ | Teach course | transportation, lodging |
| 9. | ░░░░░░ | November 7-8, 2019 | ░░░░░░ | Teach course | transportation, lodging |
| 10. | ░░░░░░ | Novermber 14-15, 2019 | ░░░░░░ | Teach course | transportation, lodging |
| 11. | ░░░░░░ | November 21-22, 2019 | ░░░░░░ | Teach course | transportation, lodging |
| 12. | ░░░░░░ | \December 5-8, 2019 | New York, NY | Attend Board of Trustees meeting | transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. Citibank Mastercard | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merck common stock | A | Dividend | K | T | | | | | |
| 2. Microsoft | A | Dividend | J | T | Buy (add'l) | 02/20/19 | J | | |
| 3. McDonalds common stock | A | Dividend | K | T | | | | | |
| 4. Johnson & Johnson common stock | E | Dividend | O | T | Sold (part) | 01/18/19 | J | | |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 7. Disney common stock | A | Dividend | K | T | | | | | |
| 8. Intel common stock | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson 401(k) Diversified Equity Fund | A | Dividend | O | T | | | | | |
| 10. GE common stock | A | Dividend | J | T | | | | | |
| 11. Pfizer common stock | A | Dividend | J | T | | | | | |
| 12. Comcast common stock | A | Dividend | J | T | | | | | |
| 13. Wells Fargo Securities IRA money market cash sweeps account (Y) | | | | | | | | | |
| 14. Northwestern Mutual Life Insurance (whole life) | | None | N | W | | | | | |
| 15. Alphabet common stock | | None | K | T | | | | | |
| 16. Apple common stock | A | Dividend | K | T | Sold (part) | 09/23/19 | J | A | |
| 17. ADP common stock (Y) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Facebook | | None | J | T | Buy (add'l) | 11/20/19 | J | | |
| 19. Chase Bank | A | Interest | K | T | | | | | |
| 20. Amazon | | None | J | T | Buy (add'l) | 03/29/19 | J | | |
| 21. ▮▮▮▮▮. Ret. Plan for Offs. Vanguard Target Retirement 2035 | C | Dividend | M | T | | | | | |
| 22. | | | | | Buy (add'l) | 01/01/19 | J | | |
| 23. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 24. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 25. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 26. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 27. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 28. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 29. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 30. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 31. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 32. | | | | | Buy (add'l) | 06/03/19 | J | | |
| 33. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 34. | | | | | Buy (add'l) | 07/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 36. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 37. | | | | | Buy (add'l) | 08/15/19 | J | | |
| 38. | | | | | Buy (add'l) | 09/02/19 | J | | |
| 39. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 40. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 41. | | | | | Buy (add'l) | 10/15/19 | J | | |
| 42. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 43. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 44. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 45. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 46. ▭ Vol. Ret. Sav. Plan Vanguard Target Retirement 2035 | D | Dividend | N | T | | | | | |
| 47. | | | | | Buy (add'l) | 01/01/19 | J | | |
| 48. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 49. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 50. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 51. | | | | | Buy (add'l) | 03/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 58. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 09/02/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 70. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 71. Accenture | | None | | | Sold | 02/04/19 | J | A | |
| 72. Amgen, Inc. | A | Dividend | | | Sold | 05/22/19 | J | | |
| 73. Applied Materials Inc. | A | Dividend | J | T | Buy (add'l) | 08/20/19 | J | | |
| 74. AXA Spons ADR | | None | | | Sold | 02/04/19 | J | | |
| 75. Bank of New York Mellon Corp. | A | Dividend | | | Sold (part) | 01/31/19 | J | | |
| 76. | | | | | Sold | 03/29/19 | J | | |
| 77. Becton Dickinson | A | Dividend | J | T | | | | | |
| 78. Berkshire Hathaway | | None | J | T | | | | | |
| 79. Biogen Inc. | | None | | | Sold | 03/29/19 | J | | |
| 80. Blackrock, Inc. common stock | A | Dividend | J | T | | | | | |
| 81. Broadcom LTD | A | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 82. California St. Dept. 3.127% 12/01/29 | A | Interest | J | T | | | | | |
| 83. Canadian National Railway | | None | | | Sold | 02/04/19 | J | A | |
| 84. Charles Schwab Corp. common stock | A | Dividend | | | Sold (part) | 07/15/19 | J | | |
| 85. | | | | | Sold | 09/23/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Chevron Corp. | A | Dividend | J | T | | | | | |
| 87.  Clorox | A | Dividend | | | Sold | 08/20/19 | J | A | |
| 88.  Cognizant Technology Solutions Corp. | | None | | | Sold | 02/20/19 | J | A | |
| 89.  Danaher Corp. | A | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 90.  Danone Spons ADR | | None | | | Sold | 02/04/19 | J | | |
| 91.  Deere & Co. | A | Dividend | J | T | | | | | |
| 92.  Discover Bank CD 2.35% 9/13/22 | A | Interest | J | T | | | | | |
| 93.  Durham NC LTD 3.3% 10/1/27 | A | Interest | K | T | | | | | |
| 94.  Emerson Electric Co. | A | Dividend | | | Sold | 05/22/19 | J | | |
| 95.  Federated Prime Cash Obligations | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 96. | | | | | Buy (add'l) | 01/03/19 | J | | |
| 97. | | | | | Buy (add'l) | 01/04/19 | J | | |
| 98. | | | | | Buy (add'l) | 01/07/19 | J | | |
| 99. | | | | | Buy (add'l) | 01/08/19 | J | | |
| 100. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 101. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 102. | | | | | Sold (part) | 01/18/19 | J | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
  (See Column C2)            U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 01/22/19 | J | | |
| 104. | | | | | Buy (add'l) | 01/23/19 | J | | |
| 105. | | | | | Buy (add'l) | 01/25/19 | J | | |
| 106. | | | | | Sold (part) | 01/31/19 | J | | |
| 107. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 108. | | | | | Buy (add'l) | 02/04/19 | K | | |
| 109. | | | | | Sold (part) | 02/05/19 | K | | |
| 110. | | | | | Sold (part) | 02/06/19 | J | | |
| 111. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 112. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 113. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 114. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 115. | | | | | Sold (part) | 02/20/19 | J | | |
| 116. | | | | | Sold (part) | 02/21/19 | J | | |
| 117. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 118. | | | | | Buy (add'l) | 02/27/19 | J | | |
| 119. | | | | | Buy (add'l) | 02/28/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 121. | | | | | Buy (add'l) | 03/04/19 | J | | |
| 122. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 123. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 124. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 125. | | | | | Buy (add'l) | 03/13/19 | J | | |
| 126. | | | | | Buy (add'l) | 03/14/19 | J | | |
| 127. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 128. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 129. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 130. | | | | | Sold (part) | 03/20/19 | J | | |
| 131. | | | | | Buy (add'l) | 03/21/19 | J | | |
| 132. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 133. | | | | | Buy (add'l) | 03/25/19 | L | | |
| 134. | | | | | Buy (add'l) | 03/26/19 | J | | |
| 135. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 136. | | | | | Buy (add'l) | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 138. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 139. | | | | | Buy (add'l) | 04/03/19 | L | | |
| 140. | | | | | Sold (part) | 04/05/19 | M | | |
| 141. | | | | | Sold (part) | 04/08/19 | J | | |
| 142. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 143. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 144. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 145. | | | | | Buy (add'l) | 04/15/19 | J | | |
| 146. | | | | | Buy (add'l) | 04/16/19 | J | | |
| 147. | | | | | Sold (part) | 04/22/19 | J | | |
| 148. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 149. | | | | | Sold (part) | 04/25/19 | J | | |
| 150. | | | | | Sold (part) | 04/26/19 | J | | |
| 151. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 152. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 153. | | | | | Buy (add'l) | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 155. | | | | | Sold<br>(part) | 05/10/19 | J | | |
| 156. | | | | | Buy<br>(add'l) | 05/13/19 | J | | |
| 157. | | | | | Buy<br>(add'l) | 05/15/19 | J | | |
| 158. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 159. | | | | | Sold<br>(part) | 05/20/19 | J | | |
| 160. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 161. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 162. | | | | | Buy<br>(add'l) | 05/28/19 | J | | |
| 163. | | | | | Buy<br>(add'l) | 05/29/19 | J | | |
| 164. | | | | | Buy<br>(add'l) | 06/03/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 166. | | | | | Buy<br>(add'l) | 06/05/19 | K | | |
| 167. | | | | | Buy<br>(add'l) | 06/06/19 | J | | |
| 168. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 169. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 170. | | | | | Buy<br>(add'l) | 06/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 06/18/19 | K | | |
| 174. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 175. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 177. | | | | | Buy<br>(add'l) | 06/26/19 | J | | |
| 178. | | | | | Buy<br>(add'l) | 06/27/19 | J | | |
| 179. | | | | | Sold<br>(part) | 06/28/19 | J | | |
| 180. | | | | | Buy<br>(add'l) | 07/01/19 | J | | |
| 181. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 182. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 183. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 185. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 186. | | | | | Buy<br>(add'l) | 07/12/19 | J | | |
| 187. | | | | | Sold<br>(part) | 07/15/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 189. | | | | | Sold<br>(part) | 07/18/19 | J | | |
| 190. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 191. | | | | | Buy<br>(add'l) | 07/24/19 | J | | |
| 192. | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 193. | | | | | Buy<br>(add'l) | 07/26/19 | J | | |
| 194. | | | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 195. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 196. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 198. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 199. | | | | | Buy<br>(add'l) | 08/12/19 | J | | |
| 200. | | | | | Buy<br>(add'l) | 08/14/19 | K | | |
| 201. | | | | | Buy<br>(add'l) | 08/15/19 | J | | |
| 202. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 203. | | | | | Sold<br>(part) | 08/20/19 | J | | |
| 204. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 206. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 207. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 208. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 209. | | | | | Buy (add'l) | 09/09/19 | J | | |
| 210. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 211. | | | | | Buy (add'l) | 09/12/19 | J | | |
| 212. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 213. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 214. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 215. | | | | | Sold (part) | 09/20/19 | J | | |
| 216. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 217. | | | | | Buy (add'l) | 09/24/19 | J | | |
| 218. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 219. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 220. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 221. | | | | | Buy (add'l) | 09/30/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Sold<br>(part) | 10/01/19 | M | | |
| 223. | | | | | Buy<br>(add'l) | 10/02/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 10/07/19 | J | | |
| 225. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 226. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 228. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 229. | | | | | Sold<br>(part) | 10/21/19 | J | | |
| 230. | | | | | Buy<br>(add'l) | 10/23/19 | J | | |
| 231. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 232. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 233. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 235. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 236. | | | | | Sold<br>(part) | 11/13/19 | J | | |
| 237. | | | | | Sold<br>(part) | 11/14/19 | J | | |
| 238. | | | | | Buy<br>(add'l) | 11/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 240. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 11/22/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 11/25/19 | K | | |
| 243. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 244. | | | | | Buy<br>(add'l) | 11/29/19 | J | | |
| 245. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 246. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 12/04/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 249. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 250. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 12/12/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 253. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 254. | | | | | Buy<br>(add'l) | 12/19/19 | K | | |
| 255. | | | | | Sold<br>(part) | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 257. | | | | | Buy (add'l) | 12/24/19 | J | | |
| 258. | | | | | Buy (add'l) | 12/26/19 | J | | |
| 259. | | | | | Buy (add'l) | 12/27/19 | J | | |
| 260. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 261. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 262. FedEx Corp. | A | Dividend | J | T | | | | | |
| 263. FHLB 2.8% 11/27/24 | A | Interest | | | Sold | 06/18/19 | J | A | |
| 264. Honeywell International Inc. | A | Dividend | J | T | Sold (part) | 11/20/19 | J | A | |
| 265. Intercontinental Exchange | A | Dividend | J | T | | | | | |
| 266. iShares Core S&P 500 ETF | A | Dividend | K | T | | | | | |
| 267. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 268. iShares Core S&P Small Cap ETF | A | Dividend | L | T | Buy (add'l) | 08/20/19 | K | | |
| 269. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 270. iShares MSCI EAFE Small Cap ETF | | None | | | Sold | 02/04/19 | K | | |
| 271. iShares S&P Midcap 400 Growth ETF | A | Dividend | K | T | Buy (add'l) | 09/12/19 | J | | |
| 272. JP Morgan Chase common stock | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Las Vegas Sands | A | Dividend | J | T | Buy (add'l) | 07/15/19 | J | | |
| 274. Mastercard, Inc. | A | Dividend | J | T | Sold (part) | 09/23/19 | J | A | |
| 275. Matthews Pacific Tiger Inst. | A | Dividend | K | T | Buy (add'l) | 11/13/19 | J | | |
| 276. | B | Distribution | | | | | | | |
| 277. Medtronic | A | Dividend | | | Sold | 02/04/19 | J | A | |
| 278. New York, NY 3.05% 10/01/29 | A | Interest | J | T | | | | | |
| 279. Nike Inc. | A | Dividend | J | T | | | | | |
| 280. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 281. Pioneer Natural Resources Co. | A | Dividend | J | T | | | | | |
| 282. Priceline Group Inc. (name changed to Booking Holdings) | | None | | | Sold | 11/20/19 | J | A | |
| 283. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 284. Progressive Corp. Ohio | A | Dividend | J | T | | | | | |
| 285. Salesforce.com | | None | J | T | Buy (add'l) | 07/15/19 | J | | |
| 286. SAP SE SPONS ADR | | None | | | Sold | 02/04/19 | J | | |
| 287. Sony | | None | | | Sold | 02/04/19 | J | A | |
| 288. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 11/20/19 | J | | |
| 289. Sysco Corp. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  Texas Instruments | A | Dividend | J | T | Sold<br>(part) | 09/23/19 | J | A | |
| 291.  Union Pacific Corp | A | Dividend | J | T | | | | | |
| 292.  United Health Group Inc. | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 293.  Univ. of Hawaii 3.28% 10/1/27 | A | Interest | K | T | | | | | |
| 294.  Univ. of Hawaii 3.38% 10/1/28 | A | Interest | K | T | | | | | |
| 295.  Vanguard FTSE Developed Markets ETF | C | Dividend | M | T | Buy<br>(add'l) | 04/08/19 | J | | |
| 296. | | | | | Sold<br>(part) | 08/20/19 | J | | |
| 297.  Vanguard FTSE Emerging Markets ETF | B | Dividend | L | T | Buy<br>(add'l) | 11/14/19 | J | | |
| 298.  Vanguard REIT ETF | A | Dividend | J | T | Sold<br>(part) | 11/27/19 | J | A | |
| 299.  Vanguard S/T Investment Grade FD-ADM | A | Dividend | J | T | Buy<br>(add'l) | 04/05/19 | M | | |
| 300. | | | | | Sold<br>(part) | 04/11/19 | K | A | |
| 301. | | | | | Sold<br>(part) | 04/22/19 | K | | |
| 302. | | | | | Sold<br>(part) | 04/25/19 | K | A | |
| 303. | | | | | Sold<br>(part) | 04/26/19 | K | | |
| 304. | | | | | Sold<br>(part) | 05/10/19 | K | A | |
| 305. | | | | | Sold<br>(part) | 05/10/19 | K | A | |
| 306. | | | | | Buy<br>(add'l) | 07/15/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 307. | | | | | Sold (part) | 07/18/19 | K | A | |
| 308. | | | | | Sold (part) | 07/25/19 | K | A | |
| 309. | | | | | Buy (add'l) | 11/13/19 | J | | |
| 310. | | | | | Sold (part) | 11/25/19 | K | A | |
| 311. Activision Blizzard Inc. | A | Dividend | J | T | Buy (add'l) | 08/20/19 | J | | |
| 312. Adobe Systems 3.25% 2/1/25 | A | Interest | K | T | | | | | |
| 313. American Express | A | Dividend | J | T | | | | | |
| 314. Apple, Inc. 3.35% 2/09/27 | A | Interest | J | T | | | | | |
| 315. Boeing | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 316. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 317. Boston Scientific | | None | J | T | Buy (add'l) | 01/18/19 | J | | |
| 318. | | | | | Sold (part) | 08/20/19 | J | A | |
| 319. BP Capital Markets PLC 3.588% | A | Interest | K | T | | | | | |
| 320. Carillon Scout Mid Cap-I | | None | | | Sold | 02/21/19 | J | | |
| 321. Citigroup Inc. | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 322. Concho Resources | A | Dividend | | | Sold | 08/20/19 | J | | |
| 323. DWS Enhanced Commodity Strat Instl | A | Dividend | K | T | Buy (add'l) | 04/05/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324. FFCB 2.6% 3/8/21 | A | Interest | | | Sold | 06/05/19 | K | | |
| 325. FFCB 2.95% 8/9/27 | A | Interest | | | Sold | 08/14/19 | K | A | |
| 326. FFCB 3.15% 2/14/25 | A | Interest | | | Sold | 04/03/19 | K | A | |
| 327. FFCB 3.30% 2/20/26 | A | Interest | | | Sold | 04/03/19 | K | | |
| 328. FFCB 3.36% 2/27/25 | A | Interest | | | Sold | 03/25/19 | K | | |
| 329. FFCB 3.37% 3/13/25 | A | Interest | | | Sold | 03/25/19 | K | | |
| 330. FFCB 2.33% 9/14/29 | A | Interest | J | T | | | | | |
| 331. FHLB 3.45% 3/22/28 | A | Interest | J | T | | | | | |
| 332. FNMA 1.4% 6/13/19 | A | Interest | | | Matured | 06/13/19 | J | A | |
| 333. Home Depot | A | Dividend | J | T | | | | | |
| 334. LAM Research Corp | A | Dividend | J | T | Buy<br>(add'l) | 08/20/19 | J | | |
| 335. Lockheed Martin | A | Dividend | J | T | | | | | |
| 336. Microchip Technology | A | Dividend | | | Sold | 03/29/19 | J | | |
| 337. Morgan Stanley CD 2.4% | A | Interest | K | T | | | | | |
| 338. Morgan Stanley CD 2.7% | A | Interest | K | T | | | | | |
| 339. PIMCO Commodity PL Strat-P | A | Dividend | K | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 340. Royal Caribbean Cruises LTD | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  Thermofisher Scientific | A | Dividend | J | T | Sold<br>(part) | 08/20/19 | J | A | |
| 342.  US Treasury Notes 2.25% 3/31/20 | A | Interest | M | T | Sold | 06/07/19 | L | A | |
| 343. | | | | | Buy | 10/01/19 | M | | |
| 344.  US Treasury Notes 2.375% 3/15/21 | B | Interest | | | Sold | 06/07/19 | L | A | |
| 345.  US Treasury Notes 2.5% 3/31/23 | B | Interest | | | Sold | 06/07/19 | L | B | |
| 346.  US Treasury Notes 2.625% 3/31/25 | B | Interest | | | Sold | 06/07/19 | L | C | |
| 347.  Vanguard Materials ETF | A | Dividend | J | T | | | | | |
| 348.  Vanguard Utilities ETF | A | Dividend | J | T | Sold<br>(part) | 07/15/19 | J | A | |
| 349. | | | | | Sold<br>(part) | 11/20/19 | J | A | |
| 350.  Abbott Labs | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 351. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 352.  Abilene, TX 2.872% 2/15/31 | | None | K | T | Buy | 12/19/19 | K | | |
| 353.  Adobe Inc. | | None | J | T | Buy | 03/29/19 | J | | |
| 354. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 355.  AMG MG Fairpt MC-I | | None | | | Buy | 02/21/19 | J | | |
| 356. | | | | | Sold | 09/12/19 | J | | |
| 357.  Charles Schwab 3.2% 3/2/27 | A | Interest | K | T | Buy | 05/10/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. CME Group Inc. | A | Dividend | J | T | Buy | 11/20/19 | J | | |
| 359. Delta Airlines | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 360. | | | | | Buy (add'l) | 11/20/19 | J | | |
| 361. FFCB 3.03% 1/12/28 | A | Interest | K | T | Buy | 04/10/19 | K | | |
| 362. FMI International Fund | B | Dividend | K | T | Buy | 02/05/19 | K | | |
| 363. Fort Collins, CO 3.859% 12/1/30 | B | Interest | K | T | Buy | 05/10/19 | K | | |
| 364. Goldman Sachs Group 3.75% 2/25/26 | A | Interest | K | T | Buy | 07/18/19 | K | | |
| 365. GS International Small Cap Insights | A | Dividend | K | T | Buy | 02/05/19 | K | | |
| 366. Home Depot 3.35% 9/15/25 | A | Interest | K | T | Buy | 04/26/19 | K | | |
| 367. IQVIA Holdings | | None | J | T | Buy | 05/22/19 | J | | |
| 368. JP Morgan Chase V-Q 3.54% 5/1/28 | A | Interest | K | T | Buy | 04/22/19 | K | | |
| 369. Miami-Dade County FL 3.656% 10/1/34 | A | Interest | K | T | Buy | 07/25/19 | K | | |
| 370. Monster Beverage | | None | J | T | Buy | 05/22/19 | J | | |
| 371. NVIDIA | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 372. Shell International 3.875% 11/13/28 | B | Interest | K | T | Buy | 04/25/19 | K | | |
| 373. US Treasury Notes 1.75% 9/30/19 | B | Interest | | | Buy | 06/07/19 | M | | |
| 374. | | | | | Matured | 09/30/19 | M | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  US Treasury Notes 3.125% 11/15/28 | B | Interest | M | T | Buy | 06/07/19 | M | | |
| 376.  Valero Energy Corp. | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 377.  Vanguard Federal Money Market Fund | A | Dividend | J | T | Buy | 09/30/19 | J | | |
| 378. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 379.  VISA Inc. CL A | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 380. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |
| 383. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On line 14, I list Northwestern Mutual Life Insurance.  This policy is a whole life policy.

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 8/5/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Greenaway**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544